**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. CV 10-7876 PA (JCGx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DAVID B. GIBSON, | |
| Defendant. | |

Pursuant to the Court's June 20, 2011 Order granting the Motion for Summary Judgment filed by plaintiff the United States of America ("Plaintiff") it is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

    1.    Plaintiff shall have judgment in its favor against defendant David B. Gibson ("Defendant").

    2.    Plaintiff shall recover from Defendant $10,179.91 in principal, prejudgment interest of $12,969.06 accrued as of October 15, 2010, prejudgment interest on the principal

from October 15, 2010 until the date of judgment at the rate of 8 percent per annum, $350.00 in costs, and $2,000.00 in attorneys' fees.

3. Plaintiff shall be entitled to post judgment interest on all sums owing at the legal judgment rate specified in 28 U.S.C. § 1961.

The Clerk is ordered to enter this Judgment.

IT IS SO ORDERED.

DATED: June 20, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE